Joshua W. Praw (SBN 293557)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail      jpraw@murchisonlaw.com

Attorneys for Defendant,
SMIRK'S, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE VAN SICKLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>DAILY HARVEST; STONE GATE FOODS; SMIRK'S, LTD., and DOES 1 through 10,<br><br>  Defendants. | CASE NO. 2:23-cv-09099<br><br>ORDER RE<br>**STIPULATION TO DISMISS ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(2)** |

**IT IS HEREBY STIPULATED** by and between plaintiff Jeanette Van Sickle and defendant Smirks, Ltd., by and through their respective counsel, stipulate and agree as follows:

(1) On October 27, 2023, Smirks, Ltd. prepared and filed a Notice of Removal of Action under 28 U.S.C. section 1332, 1441, and 1446 (Diversity of Citizenship). The Notice of Removal was captioned for the Northern District of California. However, due to a clerical error, was erroneously filed in the Central District of California. *See* 2:23-cv-09099-PA-SSC, Dkt. No. 1; and

(2) Immediately upon realizing the error, Smirks, Ltd. re-filed the Notice of Removal in the Northern District of California. *See* 5:23-cv-05568-VKD, Dkt. No. 1; and

(3) On October 30, 2023, the United States District Court for the Central District of California opened its file for the erroneously filed Notice of Removal. *See* 2:23-cv-09099-PA-SSC, Dkt. No. 2; and

(4) Plaintiff and Smirk's have met and conferred and agree to dismiss the Central District filing without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(2) and without the necessity of plaintiff filing an action before the Central District; and

(5) As such, the parties will continue litigating this matter in the Northern District in the open file 5:23-cv-05568-VKD.

**It is so STIPULATED.**

DATED:  November 6, 2023        **JRG ATTORNEYS AT LAW**

By:  /s/ Stephan A. Barber
Stephan A. Barber
S. Craig Cox
Attorneys for Plaintiff JEANETTE VAN SICKLE

DATED:  November 6, 2023        **MURCHISON & CUMMING, LLP**

By:  /s/ Joshua W. Praw
Laurie E. Yoon
Joshua W. Praw
Attorneys for Defendants SMIRK'S

IT IS SO ORDERED

Dated  November 06, 2023

United States District Judge